IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VASHON PAUL RAYFORD, 1302122,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-486-L** |
| | § | |
| **DALLAS COUNTY SHERIFF'S DEPT.,** | § | |
| ***et al.,*** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 27, 2014, recommending that Plaintiff's civil rights claims under 42 U.S.C. § 1983 be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2).  No objections were received as of the date of this order. After reviewing the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's civil rights claims under 42 U.S.C. § 1983 against Defendants as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

The court prospectively **certifies** that any appeal of this action would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3); Fed. R. App. P.(a)(3).  In support of this certification, the court **accepts** and **incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).  Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous.  *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).  In the event of an appeal, Plaintiff may challenge this certification by filing a

separate motion to proceed in *forma pauperis* on appeal with the clerk of the United States Court of

Appeals for the Fifth Circuit.  *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 28th day of March, 2014.

Sam A. Lindsay
United States District Judge

**Order – Page 2**